IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| AVD BELLMONT LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | No. 22-2153-KHV |
| DANIEL LOWE, | ) | |
| LEGACY VENTURE WEST II, LLC, | ) | |
| VENTURE WEST II, LC, | ) | |
| LEGACY SHAWNEE, LLC, | ) | |
| VENTURE WEST DEVELOPMENT, LLC, | ) | |
| LEGACY OC, LLC, | ) | |
| VENTURE WEST III DEVELOPMENT, L.L.C., | ) | |
| VENTURE WEST DEVELOPMENT III, LLC, | ) | |
| RICHARD B. KATZ, | ) | |
| SANDBERG PHOENIX VON GONTARD, P.C., | ) | |
| THE KATZ LAW FIRM, L.C., | ) | |
| LYNN E. RUSSELL, | ) | |
| RUSSELL LAW OFFICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on Defendants Lynn Russell And Russell Law Offices, LLC's Joint Motion To Dismiss For Failure To State A Claim (Doc. #19) filed August 5, 2022. Plaintiff had until August 26, 2022 to file a response to defendant's motion to dismiss. See D. Kan. Rule 6.1(d)(2). To date, plaintiff has not filed a response. If a party fails to file a timely response, "the court will consider and decide the motion as an uncontested motion. Ordinarily, the court will grant the motion without further notice." D. Kan. Rule 7.4(b). For this reason and for substantially the reasons stated in Defendants Lynn Russell And Russell Law Offices, LLC's Joint Motion To Dismiss For Failure To State A Claim (Doc. #19) and the Memorandum In Support Of Defendants Lynn Russell And Russell Law Offices, LLC's Joint Motion To Dismiss

For Failure To State A Claim (Doc. #20) filed August 5, 2022, the Court sustains defendants' motion.

**IT IS THEREFORE ORDERED** that Defendants Lynn Russell And Russell Law Offices, LLC's Joint Motion To Dismiss For Failure To State A Claim (Doc. #19) filed August 5, 2022 is **SUSTAINED**.  **The Court dismisses plaintiff's claims against Lynn Russell and Russell Law Offices, LLC for failure to state a claim on which relief can be granted.**

Dated this 26th day of July, 2022 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge