## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| AVD BELLMONT LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION** |
| v. | ) | |
| | ) | **No. 22-2153-KHV** |
| DANIEL LOWE, | ) | |
| LEGACY VENTURE WEST II, LLC, | ) | |
| VENTURE WEST II, LC, | ) | |
| LEGACY SHAWNEE, LLC, | ) | |
| VENTURE WEST DEVELOPMENT, LLC, | ) | |
| LEGACY OC, LLC, | ) | |
| VENTURE WEST III DEVELOPMENT, L.L.C., | ) | |
| VENTURE WEST DEVELOPMENT III, LLC, | ) | |
| RICHARD B. KATZ, | ) | |
| SANDBERG PHOENIX VON GONTARD, P.C., | ) | |
| THE KATZ LAW FIRM, L.C., | ) | |
| LYNN E. RUSSELL, | ) | |
| RUSSELL LAW OFFICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter is before the Court on Defendant Sandberg Phoenix Von Gontard, P.C.'s Motion To Dismiss (Doc. #24) filed August 22, 2022.  Plaintiff had until September 12, 2022 to file a response to defendant's motion to dismiss.  See D. Kan. Rule 6.1(d)(2).  To date, plaintiff has not filed a response.  If a party fails to file a timely response, "the court will consider and decide the motion as an uncontested motion.  Ordinarily, the court will grant the motion without further notice."  D. Kan. Rule 7.4(b).  For this reason and for substantially the reasons stated in Defendant Sandberg Phoenix Von Gontard, P.C.'s Memorandum In Support Of Its Motion To Dismiss (Doc. #25) filed August 22, 2022, the Court sustains defendant's motion.

**IT IS THEREFORE ORDERED** that Defendant Sandberg Phoenix Von Gontard, P.C.'s

<u>Motion To Dismiss</u> (Doc. #24) filed August 22, 2022 is **SUSTAINED**.  **The Court dismisses plaintiff's claims against Sandberg Phoenix Von Gontard, P.C. for failure to state a claim on which relief can be granted.**

Dated this 26th day of October, 2022 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge