IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AVD BELLMONT LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL LOWE, ) <br> LEGACY VENTURE WEST II, LLC, ) <br> VENTURE WEST II, LC, ) <br> LEGACY SHAWNEE, LLC, ) <br> VENTURE WEST DEVELOPMENT, LLC, ) <br> LEGACY OC, LLC, ) <br> VENTURE WEST III DEVELOPMENT, L.L.C.,) <br> VENTURE WEST DEVELOPMENT III, LLC, ) <br> RICHARD B. KATZ, ) <br> SANDBERG PHOENIX VON GONTARD, P.C.,) <br> THE KATZ LAW FIRM, L.C., ) <br> LYNN E. RUSSELL, ) <br> RUSSELL LAW OFFICES, LLC, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br><br> No. 22-2153-KHV |

## ORDER

This matter is before the Court on <u>Defendants Richard Katz And Katz Law Offices, L.C.'s Joint Motion To Dismiss For Failure To State A Claim</u> (Doc. #36) filed January 6, 2023.  Plaintiff had until February 13, 2023 to respond to defendants' motion to dismiss.  <u>See</u> <u>Order</u> (Doc. #43) (granting motion to extend deadline to February 13, 2023 at 5:00 PM).  To date, plaintiff has not filed a response.  If plaintiff fails to timely respond to a motion to dismiss, the Court will consider and decide the motion as uncontested and ordinarily grant it without further notice.  <u>See</u> D. Kan. R. 7.1(c).  For this reason and substantially the reasons stated in the <u>Memorandum in Support Of Defendants Richard Katz And Katz Law Offices, L.C.'s Joint Motion To Dismiss For Failure To State A Claim</u> (Doc. #37) filed January 6, 2023, the Court sustains defendants' motion to dismiss.

**IT IS THEREFORE ORDERED** that Defendants Richard Katz And Katz Law Offices, L.C.'s Joint Motion To Dismiss For Failure To State A Claim (Doc. #36) filed January 6, 2023 is **SUSTAINED**.  **The Court dismisses plaintiff's claims against Richard Katz and The Katz Law Firm, L.C. for failure to state a claim on which relief can be granted.**

Dated this 21st day of February, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge