IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **AVD BELLMONT LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 2:22-cv-02153-KHV-KGG |
| | ) |
| **DANIEL LOWE, ET AL.,** | ) |
| | ) |
| Defendants. | ) |

**CONSENT JUDGMENT**

**WHEREAS,** plaintiff AVD Bellmont, LLC ("AVD") and defendants Daniel Lowe, Legacy Venture West II, LLC, Venture West II, LC, Legacy Shawnee, LLC, Venture West Development, L.L.C., Legacy OC, LLC, Venture West Development, LLC, and Venture West III Development, LLC (collectively "Lowe Parties") have agreed to resolve their claims without the need for further litigation; and

**WHEREAS,** AVD and the Lowe Parties, by and through their respective counsel, have consented to the entry of this Consent Judgment without trial or adjudication of any issue of fact or law and to waive any appeal if the Consent Judgment is entered as submitted by the parties; and

**WHEREAS,** the Lowe Parties, by entering into this Consent Judgment, do not admit any allegations other than those facts of the Verified Complaint deemed necessary to the jurisdiction of this Court and any facts set forth herein; and

**WHEREAS,** AVD and the Lowe Parties, hereby waive any requirement of Fed.R.Civ.P. 52 and 58 for the Court to find the facts and specifically state its conclusions of law.

**NOW, THEREFORE**, without trial or adjudication of any issue of fact or law, and upon consent of the parties, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

### Jurisdiction

1. Jurisdiction exists in this Court in that this case arises under the Constitution and laws of the United States, and pursuant to 28 U.S.C.§1331. This case alleges non-frivolous, material federal questions that give rise to subject matter jurisdiction.

2. Personal jurisdiction over defendants exist in this Court in that defendants (i) transacted business within the state of Kansas; and (ii) entered into an express or implied contract, by mail or otherwise, with a resident of the state of Kansas to be performed in whole or in part by either party in such state.

3. Venue is proper in this Court pursuant to 28 U.S.C. §1391(a) and (c) in that AVD resides in this judicial district, and its claims against defendants arose in this judicial district.

### Findings of Fact and Conclusions of Law

4. AVD entered into contracts with the Lowe Parties, which had sufficient consideration to support them.

5. AVD performed in compliance with said contracts.

6. The Lowe Parties breached their obligations and duties under the contracts.

7. As a direct result of said breaches, AVD has been damaged in the principal amount of Seven Hundred Fifty Thousand Dollars ($750,000), with interest from and after December 27, 2018, at the contract rate of eight percent (8%) per annum until paid in full.

8.  As a result of certain transactions which occurred during the pendency of this litigation, payments totaling Two Hundred Fifty Thousand Dollars ($250,000) were made by or on behalf of the Lowe Parties, and after application of AVD's share of said payments, applied first to accrued interest, next to accrued legal fees and expenses, then to principal, there remains owing to AVD the principal amount of Seven Hundred Fifty Thousand Dollars ($750,000), with accrued interest as of March 20, 2024 in the amount of Two Hundred Fifty-Three Thousand Nine Hundred 42/100 Dollars ($253,900.42), with interest continuing to accrue thereafter at the contract rate of eight percent (8%) per annum until paid in full.

9.  Pursuant to the terms of said contracts, AVD is entitled to recover its attorney fees and expenses, which the parties have agreed and stipulate total One Hundred Twenty-Five Thousand Dollars ($125,000) for AVD's reasonable legal fees and expenses.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be and hereby is entered in favor of AVD, and jointly and severally against the Lowe Parties in the principal amount of Seven Hundred Fifty Thousand Dollars ($750,000), with accrued interest as of March 20, 2024 in the amount of Two Hundred Fifty-Three Thousand Nine Hundred 42/100 Dollars ($253,900,42), with interest continuing to accrue thereafter at the contract rate of eight percent (8%) per annum until paid in full.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be and hereby is entered in favor of AVD, and jointly and severally against the Lowe Parties in the principal amount of One Hundred Twenty-Five Thousand Dollars ($125,000) for AVD's reasonable legal fees and expenses.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Counterclaim filed by certain of the Lowe Parties, specifically being Daniel Lowe, Legacy OC, LLC and Venture West III Development, LLC, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the costs of this action are taxed against the Lowe Parties, jointly and severally.

**IT IS FURTHER ORDERED, ADJUDICATED AND DECREED** that there being no just reason for delay, the Clerk of the Court is hereby directed to enter this Order.

Dated this 29th day of March, 2024.

s/ Kathryn H. Vratil
**District Court Judge**

**Submitted by and Agreed to in Form and Substance**:

**MURPHY LAW**

By \_\_\_/s/\_\_\_\_Mark D. Murphy_____
   **MARK D. MURPHY**, **KS** #13129
   mmurphy@MurphyLaw.co
   10801 Mastin Street, Suite 790
   Overland Park, Kansas  66210
   (913) 600-7900
   Fax (913) 600-7823

Attorneys for Plaintiff AVD Bellmont LLC

**DAVID R. SMITH, P.C.**

By\_\_\_\_/s/ David R. Smith_____
   **DAVID R. SMITH**, **KS** #13664
   david@dsmith-law.com
   700 W. 47th Street, Suite 550
   Kansas City, Missouri 64112
   (816) 753-9-393
   Fax (816) 778-0957

Attorneys for Defendants Daniel Lowe,
Legacy Venture West II, LLC, Venture West II, LC,
Legacy Shawnee, LLC, Venture West Development, L.L.C.,
Legacy OC, LLC, Venture West Development, LLC,
and Venture West III Development, LLC